ALICE W. WONG (SBN 160141)
Law Offices of Jerry L. Chong & Alice W. Wong
501 S Street, Suite Two
Sacramento, CA 95814
Telephone: (916) 443-7398
Fax: (916) 443-8941
awong@jcawlaw.com

Attorney for Defendant
LISA LEE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-3-06-70479 EMC |
| Plaintiff, | |
| vs. | STIPULATION AND [~~PROPOSED~~] ORDER TO CHANGE ORDER SETTING CONDITIONS OF RELEASE AND APPEARANCE |
| LISA LEE, | |
| Defendant. | |

On August 17, 2006, this Court released defendant Lisa Lee from custody subject to conditions of release and appearance bond. One of the conditions of the Court's order is that "[d]efendant shall be subject to electronic or voice track monitoring." Since August 17, 2006, defendant Lisa Lee has complied with all terms of the Court's Order setting conditions of release and appearance bond.

On May 1, 2007, Pretrial Services Officer Rich Sarlatte recommended the release of defendant Lisa Lee from the condition of electronic monitoring.

1

1  IT IS HEREBY STIPULATED by and between the United States of America and defendant Lisa Lee,
2  through undersigned counsel, that the condition defendant be subject to electronic or voice track
3  monitoring be removed from the Court's Order Setting Conditions of Release and Appearance Bond .
4
5  Dated: May 8, 2007                    /s/ Alice Wong
                                          _____
6                                         Alice Wong
                                          Attorney for Lisa Lee
7
8  Dated: May 8, 2007                    /s/ Thomas Mazzucco
                                          _____
9  _____        Thomas Mazzucco
                                          Assistant United States Attorney
10
11         IT IS HEREBY ORDERED:
12 Upon the stipulation of counsel, recommendation of Pretrial Services Officer Rich Sarlatte, and good
13 cause appearing, the condition that defendant subject to electronic or voice track monitoring be removed
14 from this Court's Order Setting Conditions of Release and Appearance Bond.  All other terms and
15 conditions remain.
16
17
18 Dated:  May 9, 2007
19
20                                        _____
                                          JOSEPH C. SPERO
21                                        United States Magistrate Judge
22
23
24
25
26
27
28